An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRUCE BIRCH,
Appellant,
vs.
RENEE BAKER, WARDEN,
Respondent.

No. 64960

**FILED**

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

In his petition filed on October 19, 2012, appellant claimed that the Nevada Department of Corrections (NDOC) improperly deducted 180 good-time credits as punishment for a disciplinary infraction. Appellant claimed the credit deduction was improper because appellant believed that he did not have 180 credits when he committed the disciplinary infraction. Appellant failed to demonstrate that his claim had merit. The documents submitted in this matter by the NDOC indicate that appellant had 400 credits when he committed the disciplinary infraction. As appellant had 400 credits when he committed the

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-15466

infraction, he failed to demonstrate that a deduction of 180 credits was improper. Therefore, the district court did not err in denying the petition. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Gary Fairman, District Judge
      Bruce Birch
      Attorney General/Carson City
      White Pine County Clerk